See also 138 F.2d 650.

### In re J. P. LINAHAN, Inc.

### Appeal of NAHANIL REALTY CORPORATION.

### No. 202.

Circuit Court of Appeals, Second Circuit.

Jan. 22, 1945.

Weinstein & Levinson, of New York City (Frank Weinstein and Samuel J. Levinson, both of New York City, of counsel), for appellant.

Edward Robinson, Jr., of Oyster Bay, L. I., N. Y., for debtor in possession.

Raymond J. Scully, of New York City, for petitioning creditors.

Trachman & Krosner, of New York City (Harry Robinson, of Oyster Bay, L. I., N. Y., and Raymond J. Scully and Irving R. Krosner, both of New York City, of counsel), for Anna Louise Linahan, individually, etc., appellees.

Before CHASE, HUTCHESON, and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed on the authority of In re Hotel Governor Clinton, Inc., 2 Cir., 107 F.2d 398.